■ In the Matter of RUBIN ZUCKERMAN, as President of Joint Board of Cloak, Suit, Skirt & Reefer Makers' Union, v. WILLIAM I. NATHAN CO., INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures

the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.